UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEANDRE WILLIAMS                                CIVIL ACTION

VERSUS

COMMISSIONER OF SOCIAL                          NO.: 13-00010-BAJ-SCR
SECURITY

## RULING AND ORDER

On March 13, 2014, United States Magistrate Judge Stephen C. Riedlinger issued a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the final decision of the Acting Commissioner of Social Security (the "Commissioner") denying the application for benefits by Plaintiff DeAndre Williams ("Williams") be reversed, and that the above-captioned matter be remanded to the Commissioner for reevaluation of Williams' claim for supplemental security income benefits. (Doc. 18.)

The Magistrate Judge's Report specifically notified that Commissioner that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she received the Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. (Doc. 18, p. 1.) A review of the record indicates that the Commissioner failed to submit written objections.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 18)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Commissioner's decision denying the application for benefits by Plaintiff DeAndre Williams is **REVERSED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Commissioner for reevaluation of Williams' claim for supplemental security income benefits.

Baton Rouge, Louisiana, this 31st day of March, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**